UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| AMY BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **CASE NO. 7:24-CV-842-D** |
| FRANK J. BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** the court ADOPTS the conclusions in the M&R [D.E. 19], GRANTS plaintiff's request for relief, VACATES the Administrative Law Judge's ruling, and remands the matter to the Commissioner of Social Security 'for further consideration.

This Judgment filed and entered on July 22, 2025, and copies to:
Derrick Kyle Arrowood (via CM/ECF electronic notification)
Cathleen McNulty, Wanda Mason (via CM/ECF electronic notification)

July 22, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk